RECEIVED
OCT - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALBERTO CORTES-CASTRO REG. #94861-004 | : | CIVIL ACTION 2:17-cv-300 SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| USA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE** as to the court's lack of jurisdiction to consider these claims and **WITHOUT PREJUDICE** in all other respects.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this ____ day of October, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE